**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Robert COMITO, Defendant— Appellant.**

**No. 03–10529.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Before: GOODWIN, W. FLETCHER and FISHER, Circuit Judges.

## MEMORANDUM **

Robert Comito appeals the 115–month sentence imposed following his guilty plea

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

conviction for conspiracy and wire fraud, in violation of 18 U.S.C. §§ 371 and 1343. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc), and because we do, we need not review the issues concerning compliance with Federal Rule of Criminal Procedure 32(i)(3)(B) or whether Comito waived his challenge to an enhancement for his role in the offense.

REMANDED.